**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
JUDITH EMELIA WILLIAMS,

                Plaintiff,                        22 **CIVIL** 9963 (JLC)

       -v-                                  **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 28, 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered a new hearing and issued a new decision.

**Dated:** New York, New York

       September 29, 2023

                                                     **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                      **BY:**

                                                      **Deputy Clerk**